# 702    CASES REPORTED WITH BRIEF SYLLABI.

JOSEPH ROSEMAN, Respondent, v. TOBIAS SEGAL, Appellant.— Order reversed, with costs, and verdict reinstated, and judgment directed to be entered thereon, with costs, on the ground that there was purely a question of fact which was properly decided in favor of the defendant on the evidence.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BOTTLERS SEAL COMPANY, Suing in Behalf of Itself and All Other Creditors of TEAR OFF BOTTLE SEAL COMPANY, Respondent, v. ROY A. RAINEY and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE F. HARRIMAN, as General Assignee for the Benefit of Creditors of JOHN PEIRCE, Respondent, v. EDWARD J. KELLY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to plaintiff to reply within twenty days from service of order upon payment of said costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Arbitration between the AMERICAN PNEUMATIC SERVICE COMPANY, Appellant, and the NEW YORK EDISON COMPANY, Respondent.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA MAHALI, Respondent, v. INTERNATIONAL MERCANTILE MARINE COMPANY, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

INTERNATIONAL PRODUCTS COMPANY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MAXHERMAN CO., INC., Respondent, v. ISAAC ALPER and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS S. GARRETT, Respondent, v. AMERICAN FUEL OIL & TRANSPORTATION COMPANY, INC., Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS SIMIANSKY, as Surviving Partner, etc., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS H. SILVERMAN, Respondent, v. HARRIS TOMASHOFF and Another, Appellants, Impleaded with Another, Defendant.— Determination affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES SCHUBERT, Appellant, v. LOUIS FINKELSTEIN and Others, Individually and as Copartners, etc., and Another, Respondents.— Judgment affirmed, with costs, on the authority of *Travelers Insurance Co.* v. *Brass Goods Mfg. Co.* (239 N. Y. 273).  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GLENBROOK COMPANY, INC., Appellant, v. ABRAHAM S. PHILLIPS, Respondent. — Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.